**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


IN RE: TARA J. RADIN          :  No. 17 EM 2022
                                        :
                                        :
PETITION OF: TARA J. RADIN     :


## ORDER


**PER CURIAM**

      **AND NOW**, this 26th day of July, 2022, the Application for Leave to File under Seal and the Motion for Leave to File Reply Brief are GRANTED, and the Petition for Review pursuant to Bar Admission Rule 222 is DENIED.

      Justice Brobson dissents from the portion of the order denying the Petition for Review only.